**Exhibit A to the Complaint**

**Location:** Baltimore, MD  
**Total Works Infringed:** 35  
**IP Address:** 73.191.116.235  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | D880D2920B3B50CB74EA547BBAD4E5AA9B765855 | Vixen | 11/13/2018 21:27:33 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 2 | 056C78DF7A658DDF50A2394F5E4FA18BCF095426 | Blacked | 11/13/2018 21:19:26 | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 3 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | Blacked | 10/01/2018 08:02:36 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 4 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | Vixen | 09/28/2018 16:59:17 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 5 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | Tushy | 11/13/2018 21:10:14 | 11/02/2018 | 12/09/2018 | 17210345213 |
| 6 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | Vixen | 10/01/2018 00:38:17 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 7 | 1B99BCB48901142E0B0F76F0AFF83CA8A7B487C9 | Tushy | 10/27/2018 02:54:17 | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 8 | 25412619990122381387D2C03CDA34FF74B4EDE3E | Blacked Raw | 11/01/2018 21:14:38 | 10/29/2018 | 12/09/2018 | 17210231093 |
| 9 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 10/15/2018 21:49:02 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 10 | 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485 | Blacked | 11/11/2018 09:14:02 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 11 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | Blacked Raw | 11/13/2018 21:17:10 | 11/03/2018 | 12/09/2018 | 17210231043 |
| 12 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | Tushy | 10/15/2018 21:42:11 | 10/13/2018 | 11/01/2018 | 17094105231 |
| 13 | 2FEF8C6862CCC28341F10FF8FB905E9CB161F500 | Blacked Raw | 11/13/2018 21:38:14 | 11/08/2018 | 12/09/2018 | 17210230993 |
| 14 | 31D75A286A3A6B30B5554209AAFF9B1AA5C936F1 | Vixen | 08/22/2018 07:52:34 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 15 | 35824768BF7B365F1CA830E078527B52C12DC631 | Tushy | 08/22/2018 12:14:48 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 16 | 3981818C672261E5A1A0D5B561F7A7FEF98A7805 | Blacked | 09/28/2018 16:59:35 | 09/22/2018 | 11/01/2018 | 17094105381 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4670519255EEFD11D8740328CB025AE98351F54C | Vixen | 09/15/2018 23:37:13 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 18 | 5ACE54AFBB931F34781E6EB2806DDC834FC7F28F | Blacked Raw | 10/15/2018 21:40:26 | 10/14/2018 | 11/01/2018 | 17093717793 |
| 19 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 08/22/2018 11:04:59 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 20 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/13/2018 22:09:29 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 21 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 09/28/2018 16:59:59 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 22 | 7ADD0E09EEEF892982208191A8808453A1480C84 | Tushy | 11/01/2018 21:14:54 | 10/28/2018 | 12/09/2018 | 17210310513 |
| 23 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 11/01/2018 21:15:23 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 24 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 09/28/2018 16:57:00 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 25 | A5E505EFBC4DBA0B9AFD15CD2DD8D6285BF834B8 | Blacked Raw | 09/28/2018 16:57:00 | 09/19/2018 | 11/01/2018 | 17093752155 |
| 26 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/15/2018 21:41:28 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 27 | A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99 | Vixen | 10/15/2018 21:41:38 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 28 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 10/01/2018 07:52:55 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 29 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | Blacked Raw | 10/01/2018 07:38:57 | 09/29/2018 | 11/01/2018 | 17093717843 |
| 30 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | Blacked | 11/13/2018 21:16:55 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 31 | E59148DD40F13294F19E8D6B5288B752965FAFC7 | Blacked Raw | 10/15/2018 21:41:15 | 10/09/2018 | 11/01/2018 | 17093717943 |
| 32 | E8FDE02B470854F96FE03570C920B30F274A14E2 | Tushy | 08/22/2018 09:10:26 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 33 | ECEC874C21239A30F35D90C14D825619A4E8486A | Blacked Raw | 08/22/2018 12:24:10 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 34 | F7376CEB79F8F49F4AA0A5D72A07C3C7310723CA | Vixen | 11/11/2018 09:14:01 | 10/31/2018 | 12/09/2018 | 17210345436 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | Vixen | 10/15/2018 21:40:08 | 10/06/2018 | 11/01/2018 | 17094105481 |